UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PERVAIZ ALI & LAILA ALI,

        Plaintiffs,

-vs-                               Case No. 6:05-cv-1382-Orl-31KRS

DONALD NEUFELD, EDUARDO AGUIRRE, JR., and MICHAEL CHERTOFF,

        Defendants.
_____

## ORDER

This matter came before the Court after a hearing on the Defendants' response (Doc. 8) to the complaint for writ of mandamus (Doc. 1). The response, which the Court construes as a motion to dismiss for lack of subject matter jurisdiction, is **DENIED**. *See Yu v. Brown*, 36 F.Supp.2d 922 (D.N.M. 1999).

In addition, the Defendants are **ORDERED** to file an answer to the complaint on or before February 10, 2006. Such answer shall explain why the Alis' application has not been adjudicated, when the Defendants will do so, and why it will take that long – including an explanation of the FBI's role, as necessary. The Court will set the matter for hearing by separate order.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on January 24, 2006.

                                            GREGORY A. PRESNELL
                                            UNITED STATES DISTRICT JUDGE